# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARIA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01210-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 13) |

On October 25, 2023, the parties submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from November 15, 2023, to January 16, 2024. (ECF No. 13.) The parties proffer good cause exists because Plaintiff's counsel has several merit briefs being due on the same week. The Court is satisfied that good cause exists to grant the stipulated extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 13) is GRANTED;

2. Plaintiff shall have until **January 16, 2024**, to file his motion for summary judgment; and

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **October 25, 2023**

_____
UNITED STATES MAGISTRATE JUDGE