# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARIA MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01210-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 17) |

On February 2, 2024, the parties submitted a stipulated motion for an extension of time to file Defendant's cross-motion for summary judgment. (ECF No. 17.) The Court finds good cause to grant the extension of time of the deadline from February 9, 2024 to February 23, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 17) is GRANTED;

2. Defendant shall have until **February 23, 2024**, to file his cross-motion for summary judgment; and

/ / /

/ / /

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 5, 2024**

UNITED STATES MAGISTRATE JUDGE