UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARIA MARTIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-01210-SAB<br><br>**ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Plaintiff Christina Maria Martin filed this action seeking review of the final decision of the Commissioner of Social Security denying her application for disability benefits. (ECF No. 1.) On February 14, 2024, the parties filed a stipulation for this matter to be remanded to for further proceedings and judgment was entered on behalf of Plaintiff. (ECF Nos. 19, 20, 21.) On May 10, 2024, the parties filed a stipulation for the award of attorney fees pursuant of 28 U.S.C. § 2412(d).

Accordingly, Plaintiff is awarded attorney fees in the amount of FIVE THOUSAND, EIGHT HUNDRED DOLLARS AND ZERO CENTS ($5,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **May 10, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1